**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 934 |
| | : | |
| REAPPOINTMENTS TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of February, 2023, Benjamin P. Shein, Esquire, Philadelphia, and Michael B. Lutz, Esquire, Delaware County, are hereby reappointed as members of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2023.